**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**ANTOINE ADAMS, et al.** | **CRIMINAL ACTION**<br><br>**NO. 16-337-1** |

## ORDER

And NOW, this 22nd day of November 2016, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendant Adams' Motion to Continue Trial (ECF 47) is GRANTED, and the trial shall begin on January 17, 2017. It is further ORDERED that no subsequent motions to continue the trial will be granted.

**BY THE COURT:**

 */s/ Michael M. Baylson*

—————————————

**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cr-337, United States v. Adams\Adams Contiuance Order.docx